# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

IN RE:                                    *       CASE NO.  14-41622

   RICKY DARRELL BELCHER, JR.,        *
                                  *

Debtor(s)                                 *       CHAPTER 13

## AMENDED PLAN

     Comes now the Debtor in the above-styled cause, by and through his attorney, and amends his Chapter 13 Plan as follows, to-wit:

    1.   Debtor amends his plan as set out in the Plan Summary attached hereto.

     The remainder of Debtor's petition and plan remains the same as previously filed.

     Done this the 27th day of February, 2015.

> /s/ Shavon L. Richardson
> SHAVON L. RICHARDSON
> Campbell & Campbell, PC
> P. O. Drawer 756
> Talladega, AL  35161
> (256) 761-1858

## CERTIFICATE OF SERVICE

     I hereby certify I have served a copy of the foregoing electronically on Linda B. Gore, Trustee, at her e-mail address of *debtors@bellsouth.net* and upon Rob Landry, Bankruptcy Administrator, via e-mail at *robert_landry@alnba.uscourts.gov* , and the creditors set out on the attached mailing matrix by placing same in the United States Mail, postage prepaid this the 27th  day of February, 2015.

> /s/ Shavon L. Richardson
> _____
> Campbell & Campbell, PC

Case No. 14-41622

Debtor Ricky Darrell Belcher, Jr.          SSN 6594          Net Monthly Earnings $785.00

Debtor _____          SSN _____          Number of Dependents -4-

I.  Plan Payments:
_____ Debtor(s) propose to pay a periodic payment of $_____ _____ weekly _____ bi-weekly _____ semi-monthly _____ monthly into the plan; or
X  Payroll Deduction Order to CPC Local Cartage LLC, 14528 S. Outer Forty Road, Suite 210, Chesterfield, MO 63017
for $181.00     X  weekly _____ bi-weekly _____ semi-monthly _____ monthly.

The length of the plan is 42 months, and the total debt to be paid through the plan is $32,939.34.

II.  From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code, including:

A.  PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless the creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NONE | | | |
| | | | |

B.  Total ATTORNEY FEE of $3000.00 to be paid as follows: $200 @ confirm.; $100 p/m for 18 mos; $75.00 p/m for 10 mos; $50.00 p/m for 5 months

C.  The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1.  Long Term Debts

| Name of Creditor | Total Amount of Debt | Amount of Reg. Payments to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| NONE | | _____ by Trustee _____ by Debtor | | | | | |
| | | _____ by Trustee _____ by Debtor | | | | | |

2.  Secured Debts (not long term debts) to be paid through the Trustee:  Adequate Protection will be provided by valuing the collateral as of the filing date of the case so that there will be no decrease in value due to the stay.

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| One Main Financial | $38.75 | $7628.67 | $3875.00 | -0- | 2004 Nissan Sentra | 5.25 | $101.20 | Confirm. |
| | | | | | *910 Vehicle | | | |
| | | | | | | | | |

III.  Other debts (not shown in (1) or (2)) above which Debtor(s) propose(s) to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payments | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

IV.  Special Provisions: Debtor(s) will continue to pay pre- and post-petition electrical service in the ordinary course of business as adequate assurance of future payment under Title 11 U.S.C. § 366.
_____ This is an original plan.
X  This is an amended plan replacing the plan dated 2/2/15.
X  SECURED CLAIM HOLDERS WILL BEGIN RECEIVING DISTRIBUTIONS BEGINNING: @ confirmation ,20____.
X  This plan proposed to pay unsecured creditors approximately 76 %.
X  Other provisions: Debtor offers any net proceeds which may be recovered as result of claim(s) which may be filed against Leon Financial Services. Debtor surrenders to United Consumer the Kirby Vacuum Cleaner in satisfaction of debt.

/s/ Shavon I. Richardson

CAMPBELL & CAMPBELL, PC          Dated: 2/27/15          /s/ Ricky Darrell Belcher, Jr.
400 S. Court Square                                             Signature of Debtor
P. O. Drawer 756
Talladega, AL  35161
(256) 761-1858                                             _____
                                                           Signature of Debtor

Label Matrix for local noticing
1126-1
Case 14-41622-JJR13
NORTHERN DISTRICT OF ALABAMA
Anniston
Fri Feb 27 11:25:47 CST 2015

United Consumer Financial Serv.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712-1083

U. S. Bankruptcy Court
1129 Noble Street, Room 117
Anniston, AL 36201-4674

Ally Financial
P.O. Box 130424
Roseville, MN 55113-0004

Ally Financial serviced by Ally Servicing LL
PO Box 130424
Roseville, MN 55113-0004

Capital One Bank
P. O. Box 30281
Salt Lake City, UT 84130-0281

Credit Control Corporation
11821 Rock Landing
Newport News, VA 23606-4207

Leon Financial Services
% Law Offices of David Gonzalez
17632 Irvine Blvd.
Suite #200
Tustin, CA 92780-3177

One Main Financial
115 East Union Street
Minden, LA 71055-4215

OneMain Financial Inc
P.O. Box 6042
Sioux Falls, SD 57117-6042

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

USAA
10750 McDermott Freeway
San Antonio, TX 78288-1600

USAA
P. O. Box 47504
San Antonio, TX 78265-7504

USAA FEDERAL SAVINGS BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

United Consumer Financial
865 Bassett RD
Westlake, OH 44145-1194

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite #200
Tucson, AZ 85712-1083

Harvey B. Campbell Jr.
Campbell and Campbell, PC
Post Office Drawer 756
400 S. Court Square
Talladega, AL 35160-2499

Linda Baker Gore.
NON-PAYMENTS: P.O. Box 1338
Gadsden, AL 35902

Ricky Darrell Belcher, Jr.
90 Macon Road
Lincoln, AL 35096-4017

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients     18
Bypassed recipients      0
Total                   18