UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

IN RE:                                    *
  RICKY DARRELL BELCHER, JR.,    *        CASE NO. 14-41622
Debtor(s).                             *        CHAPTER 13

## MOTION TO MODIFY CHAPTER 13 PLAN

      Comes now the Debtor in the above-styled cause, by and through his attorney, and respectfully shows unto this Honorable Court the following, to-wit:

1. That Debtor's 2004 Nissan Sentra was involved in an accident and has been rendered a total loss.
2. That the balance of the debt owed to the lienholder, One Main Financial, will be paid off by third party insurance proceeds through the Chapter 13 Trustee.
3. All other terms and conditions remain the same as confirmed or previously modified.

     WHEREFORE, Debtor respectfully moves this Honorable Court to grant this Motion on the terms set out above and for any other, further or different relief as unto the Court seems proper on this the 20th day of May, 2015.

                                         /s/ Shavon L. Richardson
                                         _____
                                         SHAVON L. RICHARDSON
                                         CAMPBELL & CAMPBELL, PC
                                         P. O. Drawer 756
                                         Talladega, AL 35161
                                         (256) 761-1858

### CERTICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing via electronic mail upon on Linda B. Gore, Trustee, at *debtors@bellsouth.net* on Rob Landry, Bankruptcy Administrator at *robert_landry@alnba.uscourts.gov* and upon the creditors set out on the attached mailing matrix by placing same in the United State Mail, properly addressed with first-class postage thereon on this the 20th day of May, 2015.

                                         /s/ Shavon L. Richardson
                                         Campbell & Campbell, PC

```
Label Matrix for local noticing      United Consumer Financial Serv.      U. S. Bankruptcy Court
1126-1                                Bass & Associates, P.C.              1129 Noble Street, Room 117
Case 14-41622-JJR13                   3936 E. Ft. Lowell Rd, Suite 200     Anniston, AL 36201-4674
NORTHERN DISTRICT OF ALABAMA          Tucson, AZ 85712-1083
Anniston
Wed May 20 10:22:45 CDT 2015

Ally Financial                        Ally Financial serviced by Ally Servicing LL    Capital One Bank
P.O. Box 130424                       PO Box 130424                        P. O. Box 30281
Roseville, MN 55113-0004              Roseville, MN 55113-0004             Salt Lake City, UT 84130-0281


Credit Control Corporation            Leon Financial Services              One Main Financial
11821 Rock Landing                    % Law Offices of David Gonzalez      115 East Union Street
Newport News, VA 23606-4207           17632 Irvine Blvd.                   Minden, LA 71055-4215
                                      Suite #200
                                      Tustin, CA 92780-3177

OneMain Financial Inc                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC   USAA
P.O. Box 6042                         PO BOX 41067                         10750 McDermott Freeway
Sioux Falls, SD 57117-6042            NORFOLK VA 23541-1067                San Antonio, TX 78288-1600


USAA                                  USAA FEDERAL SAVINGS BANK            United Consumer Financial
P. O. Box 47504                       C O WEINSTEIN AND RILEY, PS          865 Bassett RD
San Antonio, TX 78265-7504            2001 WESTERN AVENUE, STE 400         Westlake, OH 44145-1194
                                      SEATTLE, WA 98121-3132


United Consumer Financial Services    Harvey B. Campbell Jr.               Linda Baker Gore
Bass & Associates, P.C.               Campbell and Campbell, PC            NON-PAYMENTS: P.O. Box 1338
3936 E. Ft. Lowell Rd, Suite #200     Post Office Drawer 756               Gadsden, AL 35902
Tucson, AZ 85712-1083                 400 S. Court Square
                                      Talladega, AL 35160-2499


Ricky Darrell Belcher, Jr.            Shavon Latress Richardson
90 Macon Road                         Campbell & Campbell, P.C.
Lincoln, AL 35096-4017                400 South Court Square
                                      P.O. Drawer 756
                                      Talladega, AL 35161-0756
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC    End of Label Matrix
POB 41067                             Mailable recipients    19
Norfolk VA 23541                      Bypassed recipients     0
                                      Total                  19
```